**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**AARON L. BOLTON**                                                                             **PLAINTIFF**

**v.**                                          **3:10CV00011BSM**

**LARRY MILLS, et al.**                                                                       **DEFENDANTS**

## ORDER

On April 12, 2010, a copy of the April 2, 2010 order, which was mailed to plaintiff at his last-known address, was returned to sender (Doc. No. 9).

Pursuant to Local Rule 5.5(c)(2), a *pro se* plaintiff must promptly notify the clerk and other parties of any change in address. They must monitor the progress of the case and prosecute it diligently. Furthermore, the local rule provides for the dismissal without prejudice of any action in which communication from the Court to a *pro se* plaintiff is not responded to within thirty days. Although plaintiff has apparently changed his address, this order will be sent to his last-known address.

Accordingly, plaintiff is directed to notify this Court of his current address and his intent to continue prosecution with this action within thirty days of the date of this order. Failure to comply with this Order shall result in the dismissal without prejudice of plaintiff's complaint.

IT IS SO ORDERED this 28th day of April, 2010.

                                                                                  UNITED STATES DISTRICT JUDGE