IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AARON BOLTON                                                                 PLAINTIFF

v.                         3:10CV00011BSM/JTK

LARRY MILLS, et al.                                         DEFENDANTS

**ORDER**

On April 12, 2010, April 15, 2010, and April 27, 2010, mail sent to plaintiff Aaron Bolton at his last-known address was returned to sender (Doc. Nos. 9, 10, 15). Therefore, by an April 28, 2010 order, Bolton was directed to provide notice of his current address and to indicate whether he intended to continue with the prosecution of this action within thirty days (Doc No. 16). Bolton was further advised that failure to comply with these directions would result in the dismissal without prejudice of the complaint. The copy of the April 28, 2010 order was returned to sender on May 4, 2010 (Doc. No. 19). As of this date, Bolton has not responded to the order.

Local Rule 5.5(c)(2) requires *pro se* parties like Bolton to promptly notify the clerk and other parties of any change in their address and to diligently monitor the case. If no communication is received from a *pro se* plaintiff, their case may be dismissed without prejudice.

Accordingly, Bolton's complaint is dismissed without prejudice for failing to prosecute.

IT IS SO ORDERED this 21st day of June, 2010.

                                                       /s/ Brian S. Miller
                                                       UNITED STATES DISTRICT JUDGE