IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**AARON BOLTON**                                                **PLAINTIFF**

**v.**                      **3:10CV00011BSM/JTK**

**LARRY MILLS, et al.**                                   **DEFENDANTS**

### JUDGMENT

Pursuant to the order entered today, this case is DISMISSED without prejudice for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 21st day of June, 2010.


_____
UNITED STATES DISTRICT JUDGE